836

No. 1297. MASTERS *v.* NEW YORK CENTRAL RAILROAD Co. June 2, 1947. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Charles H. Brady* for petitioner. *Harold A. James* for respondent.

No. 1298. ESTATE OF WILKINSON *v.* COMMISSIONER OF INTERNAL REVENUE. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Ferdinand Tannenbaum* for petitioner. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Irving I. Axelrad* for respondent.

No. 1299. STANDARD OIL Co. *v.* UNITED STATES. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Isador Grossman* for petitioner. *Acting Solicitor General Washington, Sewall Key, A. F. Prescott* and *Helen Goodner* for the United States.

No. 1302. REPUBLIC OF THE UNITED STATES OF BRAZIL, TRADING AS LLOYD BRASILEIRO, *v.* GREAT ATLANTIC & PACIFIC TEA Co. ET AL. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Frank J. McConnell* for petitioner. *Henry N. Longley* and *John W. R. Zisgen* for respondents.

No. 1308. CREWS ET AL. *v.* OVEN ET AL. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Christy Russell* for